IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | CRIMINAL NO. |
| v. : | | VIOLATION: 18 U.S.C. § 1361 |
| : | | (Misdemeanor Injury to or Depredation |
| : | | of Government Property) |
| SCOTT J. BLOCH, : | | |
| Defendant. : | | |

### INFORMATION

The United States Attorney hereby informs the Court that:

### Background

At all times relevant to this Information,

1. The Office of Special Counsel ("OSC") was an independent federal agency charged with safeguarding the merit-based employment system by protecting federal employees and applicants from prohibited personnel practices ("PPP"). As such, OSC received, investigated, and prosecuted allegations of PPPs, with an emphasis on protecting federal government whistleblowers.

2. The OSC was a federal agency in the Executive Branch. It was headed by the Special Counsel, who was appointed by the President for a five-year term upon the advice and consent of the United States Senate.

3. Defendant SCOTT J. BLOCH was the Special Counsel to the United States Office of Special Counsel ("OSC").

4. OSC had its principal office at 1730 M Street, NW, Suite 300, in Washington, D.C., and had field offices located in Oakland, California; Dallas, Texas; and Detroit, Michigan.

5.  The OSC was funded by the U.S. Department of Treasury. Accordingly, all office equipment, including all OSC computers, was property of the United States.

### Defendant's Willful Injury to and Depredation of Government Property

6.  On or about December 18, 2006, BLOCH directed that a procedure called a "seven-level" or "seven-pass" wipe be performed on OSC computers. As a result, after the wipes were completed, each of these three computers was rendered unusable. Specifically, after the wipes were performed on the three computers, none of the computers was able to perform any of the functions it was previously able to, unless and until a new Operating System as well as additional software was reinstalled on the computers. In addition, all of the data that was previously on these computers was no longer recoverable from any of the computers.

7. On or about December 18, 2006, in the District of Columbia and elsewhere, BLOCH willfully injured and committed a depredation against property of the United States, a misdemeanor, to wit, the three OSC computers and data described above. In directing that "seven-level wipes" be performed on these three OSC computers, BLOCH caused damage in an amount less than $1,000. (Misdemeanor Injury or Depredation to Government Property, in violation of 18 U.S.C. § 1361) (2011 ed.))

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. BAR NUMBER 447-889
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-6600

By: /s/ Deborah Connor
DEBORAH CONNOR
D.C. Bar #452-414
Assistant U.S. Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7871
Deborah.Connor@usdoj.gov

By: /s/
GLENN S. LEON
Special Assistant United States Attorney
NY Bar # 2621589
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 598-2239
Glenn.S.Leon@usdoj.gov